■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES BRASWELL, Appellant. [50 NYS3d 279]—Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered April 28, 2014, convicting defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree, and sentencing him to a term of two years, unanimously affirmed.

Defendant did not preserve his argument that the court failed to follow the proper procedures in denying his request for youthful offender treatment (*see People v Samms*, 95 NY2d 52, 57 [2000]), and we decline to review these claims in the interest of justice. As an alternative holding, we find them unavailing.

After making the type of inquiry required by *People v Rudolph* (21 NY3d 497 [2013]), the court properly exercised its discretion in denying YO treatment, in light of the seriousness of the offense. Concur—Acosta, J.P., Richter, Andrias, Kahn and Gesmer, JJ.